IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ROBERT M. FINNEY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:22-cv-00011-MTT-CHW |
| | : | |
| **LT INGRAM,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## NOTIFICATION OF DISPOSITIVE MOTION AND ORDER TO SHOW CAUSE

Before the Court is a motion to dismiss filed by the Defendants. (Doc. 18). As explained in that motion, and in the Defendants' accompanying motion to compel discovery (Doc. 17), it appears that Plaintiff Robert M. Finney has been discharged or released from incarceration as of June 2022 (Doc. 18-2, p. 1) and has failed to keep both the Court and the Defendants apprised of his current address.

Because Plaintiff is proceeding *pro se*, the Court deems it appropriate and necessary to advise him of his obligation to respond to the Defendants' motion to dismiss, and of the consequences he may suffer if he fails to file a proper response.

Therefore, Plaintiff is advised:

(1) that the Defendants have filed a motion to dismiss;

(2) that Plaintiff has the right to oppose the granting of this motion; and

(3) that if Plaintiff fails to oppose the motion, his Complaint may be dismissed.

Plaintiff is **ORDERED** to file his written response, and to show cause to the Court **on or before** September 8, 2022, as to why this action should not be dismissed. Plaintiff is hereby

1

**ADVISED** that his failure to comply with the Court's order on or before the above-listed date will result in a recommendation for dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. *See Brown v. Tallahasse Police Dep't*, 205 F. App'x 802 (11th Cir. 2006).

**SO ORDERED**, this 18th day of August, 2022.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge